**STATE of Missouri, Respondent,**

v.

**Victor Durwood VAUGHN, Appellant.**

**No. WD 34130.**

Missouri Court of Appeals,
Western District.

Dec. 6, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Jan. 31, 1984.

Application to Transfer Denied March 20, 1984.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Pub. Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Dan Crawford, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and CLARK and KENNEDY, JJ.

## ORDER

PER CURIAM:

Appeal from a jury conviction of attempted burglary, first degree, in violation of § 564.011 and § 569.160, RSMo 1978.

No jurisprudential purpose would be served by written opinion.

Judgment affirmed. Rule 30.25(b).

All concur.